☒ FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 0 9 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1  WO

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7                   FOR THE DISTRICT OF ARIZONA

8

9  United States of America,           )   CR-09-00420-001-PHX-JAT
                                        )
10              Plaintiff,              )
                                        )
11  vs.                                 )
                                        )
12  Oscar Rodriguez-Ignacio,            )        **ORDER**
                                        )
13              Defendant.              )
                                        )
14  _____   )

15

16       A detention hearing and a preliminary revocation hearing on the Petition on

17  Supervised Release were held on November 6, 2009.

18       **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

19  voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

20  has consented to the issue of detention being made based upon the allegations in the Petition.

21       **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

22  of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

23  he is not a flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

24       **IT IS ORDERED** that the Defendant shall be detained pending further order of the

25  court.

26       DATED this  9th  day of November, 2009.

27                              _____
                                        Lawrence O. Anderson
28                                   United States Magistrate Judge